AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PATRICK CLAYTON | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-32 M |

FILED
CLERK, U.S. DISTRICT COURT
JAN 8 2018
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Complaint for violation of Title 18, United States Code, Section 922(g)(1)

| NAME OF MAGISTRATE JUDGE<br>THE HONORABLE JOHN D. EARLY | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Santa Ana, California |
|---|---|---|
| DATE OF OFFENSE<br>November 20, 2017 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 922(g)(1)]

SEE ATTACHED AFFIDAVIT

LODGED
2018 JAN -8  AM 11: 14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**MARK WHITE**<br>OFFICIAL TITLE<br>Special Agent, United States Postal Inspection Service |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)]<br>JOHN D. EARLY | DATE<br>January 8, 2018 |
|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54

AUSA S. Leal x3531     [REC by AUSA: Warrant]

## AFFIDAVIT

I, Mark White, being duly sworn, declare and state as follows:

### I. INTRODUCTION

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS"), and have been so employed since August 2017. I am currently assigned to the Los Angeles Division, Mail Theft Team located in Long Beach, California. The Mail Theft Team investigates postal-related crimes, including theft of United States mail ("U.S. mail"), fraud, and related activity in connection with access devices that include credit cards and debit cards, identity theft, and unauthorized use of other persons' information for financial gain. The Mail Theft Team also investigates crimes related to the use, theft, or counterfeiting of postal keys (referred to as "arrow keys") and locks.

2. Previously, I was a Special Agent ("SA") with the United States Secret Service ("USSS"), Santa Ana Resident Office, Santa Ana, California. During that time, I completed a 10-week Criminal Investigation Training Program at the Federal Law Enforcement Training Center, Glynco, GA, as well as an additional 17-week training program at the United States Secret Service James J. Rowley Training Center located in Beltsville, MD. As a SA, my duties were to investigate violations of federal law, including fraud and related activity in connection with the fraudulent use of access devices, bank fraud, wire

fraud, counterfeit United States currency and identity theft. Prior to my employment with the USSS, I received my undergraduate bachelor's degree from Florida State University in Tallahassee, FL and my master's degree from American Military University, Charles Town, WV. In preparing this affidavit, I have consulted with other law enforcement officers and agents with many years of combined experience in the field of financial crime investigations. I have interviewed suspects, victims, and witnesses regarding mail theft, bank fraud, identity theft, and mail fraud.

## II. PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a criminal complaint against, and arrest warrant for, PATRICK CLAYTON ("CLAYTON") for a violation of Title 18, United States Code, Section 922(g)(1): Felon in Possession of a Firearm and Ammunition.

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

5. While conducting crime suppression in the area of North Hollywood, officers from the Los Angeles Police Department ("LAPD") came into contact with CLAYTON, who falsely purported his name to be "Tyson Neuroth." CLAYTON admitted to the LAPD officers on scene that he was in possession of a firearm and was arrested.

### IV. STATEMENT OF PROBABLE CAUSE

6. On November 21, 2017, I was advised by the USPIS National Law Enforcement Communication Center ("NLECC") that the LAPD arrested CLAYTON on November 20, 2017. The LAPD provided me with a copy of the arrest report. Based on my conversation with LAPD Officer Mahoney, as well as my review of investigative reports prepared by law enforcement officers who were involved in this investigation, I know the following:

A. Beginning of Investigation

7. On November 20, 2017, LAPD officers were conducting crime suppression in the area of Sherman Way and Varna in Van Nuys (North Hollywood Division). During their roll call, the LAPD officers were advised of increased gang activity, narcotics sales/use, and stolen cars in the area.

8. As the LAPD officers were driving westbound on Sherman Way from Varna, they observed subject L.R. loitering in front of the Studio 6 Extended Stay located at 13561 Sherman Way, Van Nuys, CA 91405. LAPD officers noted that L.R. was pacing in

front of the location, approaching passersby constantly, and constantly looking in an eastward and westward direction.

9. As the LAPD officers approached the location, L.R. ran into the building towards the rear parking lot. Later searching revealed that L.R. was located on the second floor of the complex and L.R. informed the officers that he was scared, so he ran. L.R. stated that he was looking "to get some weed" at the location and was released at the scene.

10. While searching for L.R., LAPD officers observed CLAYTON (CLAYTON identified himself as "Tyson Neuroth" to the investigating officers) standing next to a silver Mercedes.

11. The LAPD officers began to clear the parking lot searching for L.R. In doing so, they asked CLAYTON to step away from the Mercedes so that the officers could confirm L.R. was not hiding inside or near the vehicle.

12. As CLAYTON walked towards the LAPD officers, CLAYTON spontaneously told the officers, "I have a gun on me." The LAPD officers began to give commands and told CLAYTON to not reach for the gun. CLAYTON advised he had it in his right front pocket. LAPD officers were able to obtain the weapon and render it safe by removing the magazine. The LAPD officers observed the weapon to be in good working condition and functional.

13. CLAYTON was arrested by LAPD for California Penal Code 25400(a)(2) - Possession of a Concealed Firearm, and taken to the LAPD Van Nuys station for booking.

### B.  PATRICK CLAYTON's Mirandized Interview

14.  While at the Van Nuys station, CLAYTON was advised of his Miranda rights, acknowledged that he understood his rights, and agreed to speak to the LAPD officers by signing and indicating "Yes" on the LAPD Miranda Rights Interview Form.

15.  During CLAYTON's interview, utilizing the LAPD Investigative Action/Statement Form, CLAYTON described why he had a firearm in his possession. The following narrative is CLAYTON's statement taken at 9:45 P.M. on November 20, 2017: "I got a gun from my Aunts boyfriend for protection.  I had just pulled it out of vehicle when the officer rolled up.  I told him I was in possession of it and was taken into custody."

### C.  Criminal History for CLAYTON

16.  CLAYTON has an extensive and significant criminal history including multiple felony convictions in California, Nevada, and South Carolina.

17.  On or about January 29, 2016, CLAYTON was convicted of Possession of a Stolen Vehicle, in violation of California Penal Code, Section 496D(a), in the Superior Court of the State of California, case number LASPA08442101, for which defendant was sentenced to two years' imprisonment.

18.  On or about April 12, 2017, CLAYTON was convicted of Second Degree Burglary, in violation of California Penal Code, Section 459, in the Superior Court of the State of California, case number LAXSA09407901, for which defendant was sentenced to three years' imprisonment.

19. On October 19, 2017, a criminal complaint was filed in the United States District Court, Central District of California, SA 17-356M, and an arrest warrant was issued for CLAYTON for a violation of Title 18, United States Code, Section 1708, Possession of Stolen Mail.

20. On December 20, 2017, an indictment was filed in United States v. Michael Alan Goldberg and Patrick Lee Clayton, Case Number SA CR 17-786-CJC, in the United States District Court, Central District of California, charging defendant with bank fraud, aggravated identity theft, and mail theft.

D. Interstate Nexus

21. CLAYTON was arrested with one Smith & Wesson M&P Shield Semi-Automatic blue steel .40 caliber pistol with a 3" inch barrel, bearing serial number: HKZ1214, discovered in CLAYTON's right front pocket. Additionally, CLAYTON also had in his possession: one Smith & Wesson M&P Shield six round magazine with five live Sig S&W .40 caliber rounds inside. Smith & Wesson is headquartered in Springfield, MA.

//
//
//
//
//
//
//
//

## V. CONCLUSION

22. For all the reasons described above, there is probable cause to believe that PATRICK CLAYTON has committed a violation of Title 18, United States Code, Section 922(g)(1): Felon in Possession of a Firearm and Ammunition.

/s/
MARK WHITE, Inspector
UNITED STATES POSTAL
INSPECTION SERVICE

Subscribed to and sworn before me
this 8th day of January, 2018.

**JOHN D. EARLY**

HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE